**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
               Plaintiff,             :   No. 91-CV-1869 (CSH)
                                                                        :
         -against-                                                     :
                                                                        :
PHILLIP J. STEVENS,                                                     :
                                                                        :   **SEPTEMBER 3, 2020**
               Defendant.             :
                                                                        :
------------------------------------------------------------------------X

## ORDER

**HAIGHT, Senior District Judge:**

      Defendant Phillip J. Stevens having filed an "Unopposed Motion Requesting Vacatur of Final Judgment" entered against him on his consent in March 1991 with a "Memorandum in Support" [Doc. 12]; and

      Plaintiff Securities and Exchange Commission having filed a Stipulation confirming that it does not oppose the Motion [Doc. 12, Ex. 2]; and

      This Court having determined that the relief sought is equitable and not contrary to the public interest; therefore

      IT IS HEREBY ORDERED that the Final Judgment is VACATED.

      It is SO ORDERED.

      Dated: New Haven, Connecticut
             September 3, 2020

                                              */s/Charles S. Haight, Jr.*
                                              CHARLES S. HAIGHT, JR.
                                              Senior United States District Judge