**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,   :
:
                  Plaintiff,   :   No. 91-CV-1869 (CSH)
:
   -against-   :
:
PHILLIP J. STEVENS,   :
:   **OCTOBER 5, 2023**
                  Defendant.   :
------------------------------------------------------------------------X

## ORDER

**HAIGHT, Senior District Judge:**

As the parties previously stipulated, the final judgment entered against Phillip J. Stevens was vacated because Stevens had satisfied the payment obligation imposed upon him and the permanent injunction against him regarding future violations of the anti-fraud provisions of the federal securities laws was and is unnecessary as he poses no continuing threat to investors.[1] *See* Doc. 13. Under these circumstances, no active claims remain. The case is DISMISSED and the Clerk is directed to close the file.

It is SO ORDERED.

    Dated: New Haven, Connecticut
           October 5, 2023

                                      */s/Charles S. Haight, Jr.*
                                      CHARLES S. HAIGHT, JR.
                                      Senior United States District Judge

---

[1] As described in Stevens' unopposed "Motion Requesting Vacatur of Final Judgment" [Doc. 12], Stevens satisfied the obligation to repay $126,455, representing the losses avoided on trading by analysts' clients resulting from tips he made to the analysts. Doc. 12, at 3. Furthermore, Stevens "has not served as an officer of a public company since he retired from Ultrasystems in 1988" and, as of the date of his request for vacatur of the judgment, was "91 years old." *Id.* at 5.